# Third District Court of Appeal

## State of Florida

Opinion filed July 14, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1429
Lower Tribunal No. 17-1884
_____

**Jason Witrock,**
Appellant,

vs.

**Suzanne Witrock,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Kaplan Loebl, LLC, Amanda B. Haberman and Liliana Loebl, for appellant.

Richard A. Schurr, P.A., Richard A. Schurr and Bonnie M. Sack, for appellee.

Before FERNANDEZ, C.J., and SCALES, and BOKOR, JJ.

PER CURIAM.

Affirmed.